UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRENT S WEYHRAUCH,

                          Plaintiff(s),

                v.

JOHN DOE et al.,

                          Defendant(s).

CASE NO.
3:26–cv–05284–DGE

ORDER OF DEFAULT

THIS MATTER comes before the Clerk of Court on Plaintiff Brent S. Weyhrauch's motion pursuant to FRCP 55(a) and LCR 55(a), and it appearing that Defendant ReliableSite.Net LLC has failed to timely plead or otherwise defend in this action, the default of Defendant ReliableSite.Net LLC is hereby entered.

IT IS SO ORDERED.

DATED: The 26th of June 2026

JOSHUA C. LEWIS

/s/Gretchen Craft
Deputy Clerk

ORDER OF DEFAULT
Page 1