UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

B.S.W.,

Plaintiff,

v.

JOHN DOE et al.,

Defendant.

CASE NO. 3:26-cv-05284-DGE

ORDER DIRECTING PLAINTIFF TO FILE MOTION FOR DEFAULT JUDGMENT

This matter comes before the Court on a *sua sponte* review of the record. On June 26, 2026, the Clerk's office entered default against Defendant ReliableSite.Net LLC pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55(a) for failure to timely plead or otherwise defend this action. (Dkt. No. 18.) Plaintiff SHALL file a motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55(b) no later than **September 28, 2026.** Failure to move for default judgment as instructed will result in the dismissal of this action without prejudice.

The Clerk is directed to calendar this event.

Dated this 27th day of August, 2026.

David G. Estudillo
United States District Judge